UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THEODORE PARKER, on behalf of himself and all others similarly situated,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, A CIGNA COMPANY,

Defendants.

Case No.: 00-CV-1114 DSD/JMM

**STIPULATION AND AGREED ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER, PLEAD, OR OTHERWISE RESPOND**

---

Plaintiff Theodore Parker, on behalf of himself and all others similarly situated, and Defendant Life Insurance Company of North America, a CIGNA Company, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time within which Defendant may answer, plead, or otherwise respond to Plaintiff's Complaint shall be extended to and including July 22, 2000; and

2. The Court may enter the aforesaid extension of time in the form of the Agreed Order below.

Dated: June 7, 2000

**MANSFIELD TANICK & COHEN P.A.**

By: Matthew B. Newman

Matthew B. Newman Reg. No. 157114
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
Phone: (612) 339-3295
Fax: (612) 339-3161

Attorneys for Plaintiff Theodore Parker, on behalf of himself and all others similarly situated

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: June 7, 2000

**HINSHAW & CULBERTSON**

By: ______________________
Frank A. Taylor Reg. No. 206155
Patrick A. Reinken Reg. No. 212702
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 333-3434

Attorneys for Defendant Life Insurance Company of North America, a CIGNA Company

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which Defendant may answer, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended to July ~~22~~ 14, 2000. JMM

Dated: June 3, 2000

BY THE COURT:

______________________
~~David S. Doty~~ John M. Mason
Magistrate Judge, United States District Court
District of Minnesota