**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| THEODORE PARKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, A CIGNA COMPANY,<br><br>Defendant. | CASE NO. 00-CV-1114 DSD/JMM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, plaintiff, THEODORE PARKER, on behalf of himself and all others similarly situated, has sued defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, A CIGNA COMPANY ("CIGNA") through a class action complaint;

WHEREAS, defendant CIGNA has responded to said complaint through filing a Motion to Dismiss this complaint on various legal grounds;

WHEREAS, the parties are aware that a similar case venued before Judge Rosenbaum of the United States District Court, District of Minnesota has recently been decided adversely to the plaintiffs. *Carol Knight Jackson v. Fortis Benefits Insurance Company*, Court File No. 99-689 JMR/FLN;

WHEREAS, the *Jackson* action alleged the same violations of ERISA as alleged in this matter;

WHEREAS, the parties are also aware that *Jackson* has been appealed to the Eighth Circuit Court of Appeals;

WHEREAS, the plaintiff has acknowledged, and the defendant has agreed, that should the Eighth Circuit affirm Judge Rosenbaum's Opinion in *Jackson*, such an opinion will be

FILED 8-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 8-9-02
DEPUTY CLERK

dispositive of the plaintiffs' claims and causes of action in the instant case (*see Plaintiff Parker's Motion to Dismiss*, ¶ 7); and

WHEREAS, the United States Court of Appeals for the Eighth Circuit has affirmed Judge Rosenbaum's *Jackson* Opinion in its entirety;

NOW, THEREFORE, THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL STIPULATE AS FOLLOWS:

1. This action shall be dismissed with prejudice.

Dated: August 7, 2002

MATTHEW B. NEWMAN, P.A.

By [signature]

Matthew B. Newman (#157144)
P.O. Box 97
Savage, Minnesota 55378-0097
Tel: (952) 226-1211

Attorneys for Plaintiff Theodore Parker, and all others similarly situated

Dated: August 7, 2002

HINSHAW & CULBERTSON

By [signature]

Brian L. Lindberg (#286974)
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402
Tel: (612) 333-3434
Fax: (612) 334-8888

Attorneys for Life Insurance Company of North America

**ORDER**

Based upon the foregoing Stipulation of Dismissal With Prejudice, and all of the files, records and proceedings herein, the Court makes the following Order:

Judgment shall be entered forthwith dismissing all claims and causes of action with prejudice and on the merits, without costs or disbursements to any party.

**SO ORDERED.**

Dated this 9 day of August, 2002.

BY THE COURT:

Honorable David S. Doty